**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual, | Case No.: 2:23-cv-02049-JAD-MDC |
| Plaintiff, | |
| vs. | **Stipulation and Proposed Order for Leave to File Crossclaim** |
| LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20 | |
| Defendants. | |

The parties stipulate that LVGV may file the proposed crossclaim attached as Exhibit A.

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Jonathan Pattillo, Esq.<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for LVGV, LLC | BAY LAW ACCIDENT ATTORNEYS<br><br>/s/ Christian Miles, Esq.<br>Christian A. Miles, Esq.<br>Nevada Bar No. 13193<br>Nihat Deniz Bayramoglu, Esq.<br>Nevada Bar No. 14030<br>Attorneys for Plaintiff |
| HALL & EVANS, LLC<br><br>/s/ Todd Tuggle, Esq.<br>Adam R. Knecht, Esq.<br>Nevada Bar No. 13166<br>Todd B. Tuggle, Esq.<br>Nevada Bar No. 6151<br>Attorneys for The Burks Companies, Inc. | IT IS SO ORDERED.<br><br>_____<br>Hon. Maximiliano D. Couvillier III<br>United States Magistrate Judge<br>Dated: 5/17/2024<br><br>**Parties are reminded to use the correct case number "MDC" in all future filings** |

296791888v.1