Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com

Christian A. Miles, Esq.
Nevada Bar No. 13193
Nihat Deniz Bayramoglu, Esq.
Nevada Bar No. 14030
BAY LAW ACCIDENT ATTORNEYS
1540 W Warm Springs Rd., Ste. 110
Henderson, NV 89014
(702) 710-7000 TEL
 (702) 553-3404 FAX
christian@baylawinjury.com
deniz@baylawinjury.com

Attorneys for Plaintiff,
*Andrea Cecere*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Andrea Cecere**, an individual,,<br><br>    Plaintiff,<br>vs.<br><br>**LVGV, LLC,** a foreign corporation dba M Resort Spa and Resort and Vig Deli; **The Burks Companies, Inc.,** a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>    Defendant. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation and Order to Extend Plaintiff's Deadline to Respond to LVGV, LLC's Motion for Protective Order re 30(b)(6) Topics** |

COMES NOW, Plaintiff Andrea Cecere and Defendant, LVGV, LLC., by and through their respective counsel of record, stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Plaintiff to file her Opposition to Defendant, LVGV, LLC's Motion for Protective Order re 30(b)(6) Topics,

be extended from December 3, 2024, to December 6, 2024.

DATED this 3rd day of December, 2024

H&P LAW

/s/ Matthew Pfau
Marjorie L Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
710 S 9th Street
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED this 3rd day of December, 2024

WILSON ELSER

/s/ Jonathan Pattillo
MICHAEL P. LOWRY
Nevada Bar No. 10666
JONATHAN C. PATTILLO
Nevada Bar No. 13929
Attorneys for LVGV, LLC

**IT IS SO ORDERED.**

Dated: 12/6/2024

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER