| | |
|---|---|
| 1 | Marjorie L. Hauf, Esq. |
| | Nevada Bar No.: 8111 |
| 2 | Matthew G. Pfau, Esq. |
| | Nevada Bar No.: 11439 |
| 3 | H&P LAW |
| | 710 S. 9th Street |
| 4 | Las Vegas, NV 89101 |
| | 702 598 4529 TEL |
| 5 | 702 598 3626 FAX |
| | e-file@courtroomproven.com |
| 6 | |
| | Christian A. Miles, Esq. |
| 7 | Nevada Bar No. 13193 |
| | Nihat Deniz Bayramoglu, Esq. |
| 8 | Nevada Bar No. 14030 |
| | BAY LAW ACCIDENT ATTORNEYS |
| 9 | 1540 W Warm Springs Rd., Ste. 110 |
| | Henderson, NV 89014 |
| 10 | (702) 710-7000 TEL |
| | (702) 553-3404 FAX |
| 11 | christian@baylawinjury.com |
| | deniz@baylawinjury.com |
| 12 | |
| | Attorneys for Plaintiff, |
| 13 | *Andrea Cecere* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| 16 | **Andrea Cecere**, an individual,, | Case No.: 2:23-cv-02049-JAD-MDC |
| 17 | Plaintiff, | |
| 18 | vs. | **Stipulation and Order to Continue Hearing on ECF [49] LVGV, LLC.'s Motion to Dismiss** |
| 19 | | |
| 20 | **LVGV, LLC,** a foreign corporation dba M Resort Spa and Resort and Vig Deli; **The Burks Companies, Inc.,** a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20 | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendant. | |

25  COMES NOW, Plaintiff Andrea Cecere and Defendants, LVGV, LLC. and The Burks

26 Companies, Inc., by and through their respective counsel of record, stipulate and

27 agree as follows:

28  IT IS HEREBY STIPULATED AND AGREED, that the hearing on ECF [49] LVGV,LLC.'s

| | |
|---|---|
| 1 | Motion to Dismiss currently set for February 19, 2025, at 1:30 p.m. be continued to |
| 2 | March 5, 2025 at 1:30 p.m. or to the Court's next available date. |

| | | |
|---|---|---|
| 3 | DATED this 18th day of February, 2025 | DATED this 18th day of February, 2025 |
| 5 | H&P LAW | WILSON ELSER |
| 6 | /s/ Matthew Pfau | /s/ Jonathan Pattillo |
|   | Marjorie L Hauf, Esq. | Michael P. Lowry, Esq. |
| 7 | Nevada Bar No.: 8111 | Nevada Bar No. 10666 |
|   | Matthew G. Pfau, Esq. | Jonathan C. Pattillo, Esq. |
| 8 | Nevada Bar No.: 11439 | Nevada Bar No. 13929 |
|   | 710 S 9th Street | Attorneys for LVGV, LLC |
| 9 | Las Vegas, NV 89101 | |
|   | Attorneys for Plaintiff | |

DATED this 18th day of February, 2025

HALL & EVANS, LLC

/s/ Adam Knecht
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Todd B. Tuggle, Esq.
Nevada Bar No. 6151
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
Attorneys for The Burks Companies, Inc.

**IT IS THEREFORE ORDERED** the hearing on ECF [49] LVGV, LLC.'s Motion to Dismiss be continued to March 5, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 2/19/2025

_____
Jennifer A. Dorsey
United States District Judge

STIPULATION AND ORDER