

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual, | Case No.: 2:23-cv-02049-JAD-MDC |
| Plaintiff, | **Stipulation and Order Regarding Continuance of Response Deadline** |
| vs. | |
| LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20 | ECF No. 71 |
| Defendants. | |

     Before the Honorable Court, are Motions for Summary Judgment (see ECF 067 and ECF 068). The parties are discussing the merits of the motion and are respectfully requesting additional time to discuss areas where they may agree.

     The parties are discussing the merits of the parties motions for partial summary judgment and may be able to find common ground that would allow the parties to stipulate to some matters. In the spirit of judicial economy which could save court resources, the parties hereby stipulate that the deadline to respond to their respective Motions for Partial Summary Judgment will be moved by one (1) week, from May 5, 2025 to **May 12, 2025**.

/ / /

312492763v.1

*Case No.: 2:23-cv-02049-JAD-MDC*
*Stipulation Regarding Continuance of Response Deadline*

IT IS SO STIPULATED.

DATED this 1st day of May, 2025.



H&P Law

*/s/ Jonathan Pattillo*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

*/s/ Matthew Pfau.*
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Attorneys for Plaintiff

HALL & EVANS, LLC

*/s/ Adam Knecht*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Attorneys for The Burks Companies, Inc.

**Based on the parties' stipulation [ECF No. 71] and with good cause appearing, IT IS ORDERED that the deadline to file oppositions to the pending motions for summary judgment [ECF Nos. 67, 68, 69] is extended to May 12, 2025.**

_____
United States District Judge
Dated May 6, 2025, *nunc pro tunc* to May 5, 2025

-2-

312492763v.1