**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>            Defendants. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation & Order re: medical treatment, abandoned defenses, and withdrawn motions for summary judgment**<br><br><br>ECF Nos. 68, 69, 78 |

1. The parties stipulate that Plaintiff has incurred medical treatment related to her fall on November 1, 2021, and for which she was billed $138,283.48.

2. Specifically, Plaintiff received treatment from and was billed by the entities below. These amounts are not in dispute.

| Provider | Amount |
|---|---|
| City of Henderson | $1,315.99 |
| St. Rose Dominican Hospital – Siena Campus | $8,001.00 |
| Vituity Nevada Koury Partners, LLC | $1,356.00 |
| Radiology Associates of Nevada | $102.33 |
| Desert Orthopeaedic Center | $56,433.60 |
| Desert Radiology/Desert Radiology Solutions | $1,252.01 |
| Institute of Orthopaedic Surgery | $44,164.00 |
| U.S. Anesthesia Partners | $2,310.00 |
| Henderson Hospital | $5,290.00 |
| Shadow Emergency Physicians | $1,888.00 |

312326503v.1

| | |
|---|---|
| CVS Pharmacy | $16.70 |
| Albertsons (Sav-On) Pharmacy | $68.98 |
| Amazon | $296.16 |
| DJO Global | $158.98 |
| Gabel Distributors | $9,089.62 |
| Steinberg Diagnostic Medical Imaging | $1,800.00 |
| PBS Anesthesia | $4,740.00 |
| TOTAL | $138,283.48 |

3. LVGV further stipulates to abandon second affirmative defense alleging that the liquid on the floor was open, obvious and known to Plaintiff, and said Plaintiff voluntarily assumed said risks and dangers.

4. LVGV further stipulates to abandon second affirmative defense alleging that the occurrence referred to in the Complaint, and all injuries damages, if any, resulting therefrom, were caused by the acts or omissions of a third-party or parties over whom this Defendant has no control.

5. Defendants do not concede any facts related to liability, causation for Plaintiff's past and future pain and suffering, causation for any wage loss, loss of earning capacity or other economic damage or causation as it relates to Plaintiff's future medical expenses, including Plaintiff's claim for a knee replacement surgery.

6. Plaintiff's motions for partial summary judgment (ECF No. 68 and 69) are now moot and hereby withdrawn.

/ / /

/ / /

/ / /

-2-

312326503v.1

IT IS SO STIPULATED.

           H&P LAW

/s/ Michael Lowry                          /s/ Matthew Pfau
Michael P. Lowry, Esq.                     Marjorie Hauf, Esq.
Nevada Bar No. 10666                       Nevada Bar No. 8111
Jonathan C. Pattillo, Esq.                 Matthew G. Pfau, Esq.
Nevada Bar No. 13929                       Nevada Bar No. 11439
Attorneys for LVGV, LLC                    Attorneys for Plaintiff


HALL & EVANS, LLC


/s/ Adam Knecht
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Attorneys for The Burks Companies, Inc.

**ORDER**

Based on the parties' stipulation [ECF No. 78] and good cause appearing, IT IS SO ORDERED.  **The Clerk of Court is directed to remove the gavels from ECF Nos. 68 and 69** as those motions are deemed withdrawn per this stipulation.

_____
United States District Judge
5/9/25

-3-

312326503v.1