

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>                Defendants. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation & Order To Continue Deadline For Pre-Trial Order**<br><br>**(First Request)** |

      The parties stipulate to continue the deadline for the pre-trial order from September 4, 2025 to September 18, 2025. The parties recently had a settlement conference on August 25, 2025 and additional time is needed to review the exhibits and depositions to determine the witnesses and exhibits to be listed for trial.



/s/ Jonathan C. Pattillo
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

H&P Law

/s/ Matthew Pfau.
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Attorneys for Plaintiff

312326503v.1

|  |  |
|---|---|
| HALL & EVANS, LLC | *Case No.: 2:23-cv-02049-JAD-MDC*<br>*Andrea Cecere v. LVGV, LLC, et. al.* |

*/s/ Todd Tuggle, Esq.*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Todd B. Tuggle, Esq.                    IT IS SO ORDERED.
Nevada Bar No. 6151
Attorneys for The Burks Companies, Inc.

_____
United States District Judge
DATED: 9/5/2025

-2-

312326503v.1