

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>            Defendants. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation & Order to Continue Deadline for Pre-Trial Order (Second Request)** |

The parties stipulate to continue the deadline for the pre-trial order from September 18, 2025 to October 2, 2025. The parties are still working on determining their exhibits and depositions portions to submit to the Court.

                                         H&P Law

*/s/ Michael Lowry*                                    */s/ Matthew Pfau.*
Michael P. Lowry, Esq.                              Marjorie Hauf, Esq.
Nevada Bar No. 10666                              Nevada Bar No. 8111
Jonathan C. Pattillo, Esq.                          Matthew G. Pfau, Esq.
Nevada Bar No. 13929                              Nevada Bar No. 11439
Attorneys for LVGV, LLC                         Attorneys for Plaintiff

312326503v.1



HALL & EVANS, LLC

*/s/ Adam Knecht, Esq.*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Attorneys for The Burks Companies, Inc.

Case No.: *2:23-cv-02049-JAD-MDC*
*Andrea Cecere v. LVGV, LLC, et. al.*

IT IS SO ORDERED.

_____
United States District Judge
9/22/2025

-2-

312326503v.1