

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual, | Case No.: 2:23-cv-02049-JAD-MDC |
| Plaintiff, | **Stipulation & Order To Continue Deadline For Pre-Trial Order** |
| vs. | (Third Request) |
| LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20 | |
| Defendants. | |

The parties stipulate to continue the deadline for the pre-trial order from October 2, 2025 to October 9, 2025. The parties have exchanged a preliminary list of exhibits and deposition designations are anticipate they need one more week to finalize everything.



H&P Law

*/s/ Michael Lowry*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

*/s/ Matthew Pfau.*
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Attorneys for Plaintiff

312326503v.1

-2-

**HALL & EVANS, LLC**  2:23-cv-02049
*Andrea Cecere v. LVGV, LLC, et.al.*

*/s/ Adam Knecht, Esq.*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Attorneys for The Burks Companies, Inc.

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: 10/3/2025

312326503v.1