

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation & Order to Continue Deadline for Pre-Trial Order**<br><br>(Fifth Request)<br><br>ECF Nos. 101, 102 |

The parties stipulate to continue the deadline for the pre-trial order from October 16, 2025 to October 23, 2025. The parties have completed most of the proposed order and are finalizing their objections to proposed exhibits and deposition designation. The parties also thank the Court for its patience as it works to prepare the order.



*/s/ Michael Lowry*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

**H&P Law**

*/s/ Matthew Pfau.*
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Attorneys for Plaintiff

312326503v.1

|  |  |
|---|---|
| **HALL & EVANS, LLC** | *2:23-cv-02049-JAD-MDC*<br>*Cecere v. LVGV, LLC, et. al.* |

*/s/ Adam Knecht, Esq.*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
Attorneys for The Burks Companies, Inc.

## ORDER

    Based on the parties' stipulations [ECF Nos. 101, 102] and good cause appearing, IT IS SO ORDERED.  The deadline for filing the joint proposed pretrial order is extended to October 23, 2025.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 20, 2025

312326503v.1