

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Cecere, an individual, | Case No.: 2:23-cv-02049-JAD-MDC |
| Plaintiff, | **Order to Continue Deadline for Pre-Trial Order** |
| vs. | (Sixth Request) |
| LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20 | |
| Defendants. | |

The parties stipulate to continue the deadline for the pre-trial order from October 23, 2025 to October 30, 2025. The parties have completed most of the memo and are only awaiting the objections remaining from one party. The parties also thank the Court for its patience as it works to prepare the order.



H&P Law

*/s/ Michael Lowry*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

*/s/ Matthew Pfau.*
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Attorneys for Plaintiff

312326503v.1

| | | |
|---|---|---|
| 1 | **HALL & EVANS, LLC** | *2:23-cv-02049-JAD-MDC*<br>*Cecere v. LVGV, LLC, et. al.* |
| 2 | | |
| 3 | */s/ Adam Knecht, Esq.*<br>Adam R. Knecht, Esq. | |
| 4 | Nevada Bar No. 13166<br>Attorneys for The Burks Companies, Inc. | **IT IS SO ORDERED.** |

 

                                                _____
United States District Judge

Dated: 10/29/2025

-2-

312326503v.1