NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada. Bar No. 14030)
deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: 702.462.5973
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA CECERE an individual,<br><br>       Plaintiff,<br><br> v.<br><br>LVGV, LLC, d/b/a M Resort Spa and Casino, d/b/a Vig Deli, THE BURKS COMPANIES, INC.,<br><br>       Defendants. | Case No. 2:23-cv-02049-JAD-MDC<br><br>**UNOPPOSED MOTION TO WITHDRAW CHRISTIAN MILES AS COUNSEL OF RECORD FOR PLAINTIFF ANDREA CECERE**<br><br>**Hon. Jennifer A. Dorsey**<br><br>**Hon. Mag. Maximiliano D. Couvillier, III** |

Pursuant to LR IA 11-6 of the Local Rules of Practice for the United States District Court for the District of Nevada and Rule 1.16 of the Nevada Rules of Professional Conduct, Plaintiff by and through its undersigned counsel, hereby moves this Court for an Order granting Christian Miles leave to withdraw from representing Plaintiff Andrea Cecere ("Plaintiff"), in this matter.

## I.    INTRODUCTION

Counsel of record, Christian Miles is no longer a member of the law firm, Bayramoglu Law Offices, LLC.  Plaintiff will continue to be represented by Nihat Deniz Bayramoglu of Bayramoglu Law Offices, LLC and represented by Kristina R. Weller and Marjorie L. Hauf of H&P Law, PLLC.

MOTION TO WITHDRAW CHRISTIAN MILES
AS COUNSEL
Case No. 2:23-cv-02049-JAD-MDC

## II.    LEGAL STANDARDS

Regarding the appearances, substitutions and withdrawals of attorneys on a case, LR IA 11-6 provides:

(a)    A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case, however, the court may hear a party in open court even though the party is represented by an attorney.

(b)    No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel.

(c)    A stipulation to substitute attorneys must be signed by the attorneys and the represented client and be approved by the court. Except where accompanied by a request for relief under subsection (e) of this rule, the attorney's signature on a stipulation to substitute the attorney into a case constitutes an express acceptance of all dates then set for pretrial proceedings, trial, or hearings, by the discovery plan or any court order.

(d)    Discharge, withdrawal, or substitution of an attorney will not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in the case.

(e)    Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

Further, Rule 1.16(b) of the Nevada Rules of Professional Conduct states in pertinent part:

(b)    Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:

(1) Withdrawal can be accomplished without material adverse effect on the interests of the client;

(c)    A lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating representation. When ordered to do so by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation.

2

MOTION TO WITHDRAW CHRISTIAN MILES             Case No. 2:23-cv-02049-JAD-MDC
AS COUNSEL

### III.    THE LEGAL REQUIREMENTS ARE SATISFIED

The Court should grant leave to withdraw Christian Miles as Counsel because both LR IA 11-6 and Rule 1.16 are satisfied. First, the requirements of LR IA 11-6 are satisfied, no delay will be caused due to Chrisitan Miles withdrawal. Opposing Counsel at Wilson Elser Moskowitz Edelman & Dicker consents to the withdraw of counsel. The client, Andrea Cecere has been notified. Further, the requirements of Rule 1.16 of the Nevada Rules of Professional Conduct, specifically subsections (b)(1), relating to voluntary withdrawal, are also met. As stated above, Christian Miles is no longer an attorney with Bayramoglu Law Offices, LLC and Plaintiff is continued to be represented by Bayramoglu Law Offices, LLC through attorney Nihat Deniz Bayramoglu.

### IV.    CONCLUSION

For the foregoing reasons, Bayramoglu Law Offices LLC respectfully requests that this Court enter an order granting its counsel of record, Christian Miles leave to withdraw as counsel of record for Plaintiff Andrea Cecere and to remove Christian Miles from future CM/ECF notifications.

By: /s/ Nihat Deniz Bayramoglu
Nihat Deniz Bayramoglu, Esq.
**BAYRAMOGLU LAW OFFICES LLC**

*Attorney for Plaintiff, Andrea Cecere*

IT IS SO ORDERED:

_____
**Honorable Maximiliano D. Couvillier, III**
UNITED STATES MAGISTRATE JUDGE

DATED:    June 10, 2026

MOTION TO WITHDRAW CHRISTIAN MILES
AS COUNSEL                                    Case No. 2:23-cv-02049-JAD-MDC