Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com

Nihat Deniz Bayramoglu, Esq.
Nevada Bar No. 14030
BAY LAW ACCIDENT ATTORNEYS
1540 W Warm Springs Rd., Ste. 110
Henderson, NV 89014
(702) 710-7000 TEL
(702) 553-3404 FAX
deniz@baylawinjury.com

Attorneys for Plaintiff, *Andrea Cecere*

H&P LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Andrea Cecere**, an individual,<br><br>Plaintiff,<br>vs.<br><br>**LVGV, LLC,** a foreign corporation dba M Resort Spa and Resort and Vig Deli; **The Burks Companies, Inc.,** a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>Defendant. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation and Order** |

Plaintiff, Andrea Cecere, and Defendant, LVGV, LLC., by and through their respective counsel of record, stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the parties will exclude references to social security, disability benefits, worker's compensation, or insurance for any purpose at trial.

H&P LAW

IT IS FURTHER STIPULATED AND AGREED that neither party be permitted to reference the filing of motions, nor any ruling made by the court regarding any motion, in the presence of the jury.

IT IS FURTHER STIPULATED AND AGREED, Defense will refrain from offering any evidence, asking any question, or making any reference to the fact that Plaintiff hired an attorney shortly after her fall at the M Resort.

IT IS FURTHER STIPULATED AND AGREED, Defense will refrain from offering any evidence, asking any question, or making any reference to any information concerning Plaintiff's unrelated disciplinary action as part of her employment records references in bates numbers LASD0053 and LASD0805.

IT IS FURTHER STIPULATED AND AGREED that the medical records, films and reports regarding Plaintiff's medical treatment from the following medical providers are authentic:

| **Description** | **Bates** |
|---|---|
| City of Henderson | HFD001-005 |
| St. Rose Dominican Hospital – Siena Campus | SRS001-082<br>SRDH0001-161 |
| Vituity Nevada Koury Partners LLC | VNK001-2<br>VNKP0001-2 |
| Radiology Associates of Nevada | (P) RAN000001<br>(D) RAN0001-2 |
| Desert Orthopaedic Center | (P) AWN001; DOC001-166; DOC DOC01667-1695; Hancock 000001-000002<br>(D) DOC0001-133 |
| Desert Radiology/Desert Radiology Solutions | DRS001-010<br>DRAD0001-16 |
| Institute of Orthopaedic Surgery | (P) IOS001-87<br>(D) IOS0001-91 |
| US Anesthesia Partners | USAP000001-2 |
| Henderson Hospital | HH001-52 |
| Shadow Emergency Physicians | Shadow000001 |
| CVS Pharmacy | CVS 000001-000006 |

| | |
|---|---|
| Albertsons (Sav-on) Pharmacy | Albertsons000001-3 |
| Amazon | APR001-005<br>APHD0001-APHD0078 |
| DJO Global | (P) DJO001<br>(D) DJO0001-13 |
| Gabel Distributors | GDS001; GDA001-031 |
| Steinberg Diagnostic Medical Imaging | SDMI 000001 |
| PBS Anesthesia | PBS 000001-12 |

DATED: July 19, 2026

H&P LAW

*/s/ Marjorie Hauf*
Marjorie L Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Attorneys for Plaintiff

DATED: July 17, 2026

WILSON ELSER

/s/ Jonathan C. Patillo
Michael P. Lowry
Nevada Bar No. 10666
Jonathan C. Pattillo
Nevada Bar No. 13929
Attorneys for LVGV, LLC

**IT IS SO ORDERED.**

U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2026