WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Andrea Cecere, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC, a foreign corporation dba M Resort Spa and Casino and Vig Deli; The Burks Companies, Inc., a foreign corporation; Doe Individuals 1-1-; Roe Business Entities 11-20<br><br>Defendants. | Case No.: 2:23-cv-02049-JAD-MDC<br><br>**Stipulation & Order to Continue Trial Date By One Day**<br><br>(First Request) |

The parties stipulate to continue the start of trial from September 15, 2026 to September 16, 2026. The reason is that defense counsel has now been scheduled to attend oral arguments in Phoenix, Arizona in the case *McMillian v. Dolgen Midwest, LLC* before the United States Court of Appeals for the Ninth Circuit (see Notice of Oral Argument, Dkt 030, Case No. 25-4947). The parties agree that Plaintiff may need to call witnesses out of order to accommodate the later start date, including Plaintiff's expert Dr. Kyle Hancock will need to be called on September 22, 2026.

/ / /

/ / /

*Case No.: 2:23-cv-02049-JAD-MDC*
*Andrea Cecere v. LVGV, LLC, et. al.*
*Stipulation & Order to Continue Trial Date By One Day*

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Michael Lowry*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

**H&P Law**

*/s/ Matthew Pfau.*
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Attorneys for Plaintiff

**IT IS SO ORDERED.**

United States District Judge
7/30/2026